952

No. 319, Misc.  MATHIS *v.* RAGEN, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 321, Misc.  FARRANT *v.* IOWA.  Supreme Court of Iowa.  Certiorari denied.

No. 322, Misc.  HOWARD *v.* SUPREME COURT OF INDIANA.  Supreme Court of Indiana.  Certiorari denied.

No. 326, Misc.  BALLES *v.* BURKE, WARDEN.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 327, Misc.  SADNESS *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 345, Misc.  PEREZ *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.  MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Rose Rothenberg* for petitioner.

No. 106, Misc.  GRIFFIN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Norman J. Griffin* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for the United States.

*Rehearing Denied.*